IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ELISHA BALLARD, | § | |
| | § | No. 361, 2017 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below:  The Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| TAKEDA PHARMACEUTICALS | § | C.A. No. N16C-10-177 JRJ |
| AMERICA, INC., TAKEDA | § | |
| PHARMACEUTICALS U.S.A., | § | |
| INC., f/k/a TAKEDA | § | |
| PHARMACEUTICALS NORTH | § | |
| AMERICA, INC., TAKEDA | § | |
| PHARMACEUTICAL COMPANY | § | |
| LIMITED, and ELI LILLY AND | § | |
| COMPANY, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted:  April 18, 2018
Decided:    April 23, 2018

Before **STRINE**, Chief Justice; **SEITZ**, and **TRAYNOR**, Justices.

# **O R D E R**

This 23rd day of April 2018, it appears to the Court that the judgment of the

Superior Court should be affirmed on the basis of its opinion dated August 7, 2017.[1]

---

[1] *Ballard v. Takeda Pharm. Am., Inc.*, 2017 WL 3396488 (Del. Super. Ct. Aug. 7, 2017).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice